## McMILLAN v. STATE.
### No. 15818.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

See, also, 57 S.W.(2d) 125.

Henry Tirey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Joe McMILLAN v. STATE.
### No. 15815.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

See, also, 57 S.W.(2d) 125.

Henry Tirey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the sale of intoxicating liquor; punishment being imprisonment in the penitentiary for one year.

The record is before this court without statement of facts or bills of exception. The proceedings appear to be regular. No error calling for reversal is apparent.

The judgment is affirmed.

## Joe McMILLAN v. STATE.
### No. 15816.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

See, also, 57 S.W.(2d) 125.

Henry Tirey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

No statement of facts accompanies the record. No brief has been filed. No errors have been perceived.

A plea of guilty was entered and a conviction by the court without a jury, which has been held permissible under chapter 43, Acts of 42d Legislature (1931), Regular Session, by inserting article 10a, and amending articles 11 and 12, C. C. P. 1925 (Vernon's Ann. C. C. P. arts. 10a, 11, 12), thereby legalizing a judgment in a felony case less than capital rendered by the judge upon a plea of guilty. The subject has been discussed at length, in the case of McMillan v. State (Tex. Cr. App.) 57 S.W.(2d) 125, this day decided.

The judgment is affirmed.